UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MANUEL ANTONIO ZAVALA-GOMEZ,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, January 14, 2009,** and responses to these motions shall be filed by **Wednesday, January 28, 2009.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Wednesday, February 4, 2009, at 10:00 a.m. in courtroom A-1002.** It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, February 23, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: December 23, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge