UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00528-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MANUEL ANTONIO ZAVALA-GOMEZ,

     Defendant.

---

## ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on January 12, 2009.  A Change of Plea hearing is set for **Monday, March 30, 2009 at 1:30 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**   The 2-day jury trial set for **Monday, February 23, 2009, at 9:00 a.m. in courtroom A-1002** is VACATED.

     Dated: January 14, 2009